MEMORANDUM OPINION

No. 04-06-00807-CV

IN THE BEST INTEREST AND PROTECTION OF L.E.H., JR.

From the Probate Court No. 1, Bexar County, Texas

Trial Court No. 2006-MH-2863

Honorable Tom Rickhoff , Judge Presiding




PER CURIAM



Sitting: Alma L. López, Chief Justice

 Catherine Stone , Justice

 Sarah B. Duncan , Justice



Delivered and Filed: December 6, 2006



DISMISSED

 Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, who has not
opposed the motion. Therefore, we grant the motion and dismiss the appeal. See Tex. R. App. P. 42.1(a)(1). 

 PER CURIAM